# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  GAUVEY, SUSAN K. | 2. Court or Organization  U.S.D.C. MARYLAND | 3. Date of Report  5/8/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Magistrate Judge (FT) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2011  to  12/31/2011 |
| 7. Chambers or Office Address  8-D U.S. Courthouse  101 West Lombard Street  Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Marian House, Inc. non-profit |
| 2. | Director | Free State Legal Project, Inc. non-profit |
| 3. | Director | The Tuerk House Inc. non-profit |
| 4. | Director | Enoch Pratt Free Library, non-profit |
| 5. | Director | Historical Society for the United States District Court for the District of Maryland, non-profit |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Maryland State Retirement Pension | $3,315.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Johns Hopkins University: academic physician |
| 2. 2011 | Johns Hopkins University Press, Baltimore, MD: royalties for writing |
| 3. 2011 | Pennsylvania State University: teaching |
| 4. 2011 | Harvard University: teaching |
| 5. 2011 | Wolters Kluwer Health, Inc.: royalties for writing |
| 6. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Members of Board of Directors of Marian House | VISA gift card for travel in recognition of long term service as chair of board | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital Realty, Inc. (real estate ltd. partnership) | A | Interest | J | T | | | | | |
| 2. Johns Hopkins Fed. Credit Union interest bearing accounts | A | Interest | K | T | | | | | |
| 3. Pepsico, Inc. common stock | A | Dividend | J | T | Sold (part) | 03/16/11 | J | A | |
| 4. Proctor & Gamble common stock | A | Dividend | M | T | | | | | |
| 5. Proctor & Gamble common stock | D | Dividend | N | T | | | | | |
| 6. Templeton Growth Fund, Inc. | A | Dividend | J | T | | | | | |
| 7. AIM Constellation Fund | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 8. Jennison Utility Fund Cl. A | A | Dividend | | | Sold | 03/17/11 | K | | |
| 9. Templeton World Fund | A | Dividend | | | Sold | 03/17/11 | K | | |
| 10. T Rowe Price Prime Reserve Fund(403)(B) Plan | A | Dividend | | | Sold | 03/16/11 | L | D | |
| 11. AIM Constellation Fund | A | Dividend | | | Sold | 03/21/11 | J | A | |
| 12. Jennison Utility Fund Cl. A | A | Dividend | | | Sold | 03/21/11 | K | | |
| 13. Templeton World Fund | A | Dividend | | | Sold | 03/21/11 | K | | |
| 14. Legg Mason Value Trust(403)(B)Plan | C | Dividend | | | Sold | 04/13/11 | O | | |
| 15. Smuckers JM Co. | A | Dividend | J | T | Sold (part) | 03/06/11 | J | A | |
| 16. Pepco Holdings, Inc. | A | Dividend | J | T | | | | | |
| 17. Schwab S&P 500 Sel | | None | | | Sold | 03/17/11 | M | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Marsico Growth Z | | None | | | Sold | 03/17/11 | K | A | |
| 19. American Funds EuroPacific Gr A | | None | | | Sold | 03/17/11 | J | | |
| 20. Templeton Developing Markets A | | None | | | Sold | 03/17/11 | J | | |
| 21. BlackRock Life Path 2020 | | None | | | Sold | 03/17/11 | M | B | |
| 22. Schwab Stable Value | | None | | | Sold | 03/17/11 | J | A | |
| 23. Prudential Stable Value Guaranteed Long Term Acct 403(b) | | None | | | Sold | 03/14/11 | N | E | |
| 24. Prudential Stable Value Guaranteed Income Fund NQ Def Comp | | None | K | T | | | | | |
| 25. Fidelity Equity Income Fund 403(b) plan | C | Int./Div. | L | T | | | | | |
| 26. Spartan US Equity Index Fund 403(b) plan | C | Int./Div. | L | T | | | | | |
| 27. Fidelity Cash Reserve 403(b) plan | A | Int./Div. | K | T | | | | | |
| 28. Fidelity US Government Reserve 403(b) plan | A | Int./Div. | K | T | | | | | |
| 29. TIAA Traditional Acct 403(b) | D | Interest | M | T | | | | | |
| 30. Citibank NA Bank Deposit Program | A | Interest | | | Closed | 03/15/11 | J | | |
| 31. MTB Money Market Fund Cl A | A | Dividend | | | Closed | 03/15/11 | J | | |
| 32. USAA Subscribers Savings Account | | None | J | T | | | | | |
| 33. PNC Savings Accounts | A | Interest | K | T | | | | | |
| 34. American Express Bank Savings Account | A | Interest | K | T | Open | 03/14/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. PNC Financial Services Group (X) | A | Dividend | J | T | Sold (part) | 03/16/11 | J | A | |
| 36. American Funds American Mutual Fund Cl F-1 | A | Dividend | K | T | Buy | 03/21/11 | J | | |
| 37. | | | | | Buy | 04/13/11 | J | | |
| 38. American Funds Bond Fund of America Cl F-1 | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 39. | | | | | Buy | 04/13/11 | J | | |
| 40. | | | | | Sold (part) | 08/29/11 | J | | |
| 41. | | | | | Sold (part) | 11/23/11 | J | | |
| 42. American Funds Capital World Growth & Income Fund Cl F1 | A | Dividend | K | T | Buy | 03/21/11 | L | | |
| 43. | | | | | Buy | 04/13/11 | J | | |
| 44. | | | | | Buy | 11/23/11 | J | | |
| 45. American Funds Growth Fund of America Fund Cl F1 | A | Dividend | K | T | Buy | 03/17/11 | K | | |
| 46. | | | | | Buy | 03/21/11 | K | | |
| 47. | | | | | Buy | 04/13/11 | K | | |
| 48. Columbia Acorn Fund Cl Z | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 49. | | | | | Buy | 04/13/11 | K | | |
| 50. Columbia Dividend Income Fund C1 Z | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 51. | | | | | Buy | 04/13/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Templeton Hard Currency Fund Cl A | C | Dividend | K | T | Buy | 03/21/11 | K | | |
| 53. Oppenheimer Developing Markets Fund Cl A | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 54. | | | | | Buy | 04/13/11 | J | | |
| 55. Oppenheimer Global Fund Cl A | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 56. | | | | | Buy | 04/13/11 | J | | |
| 57. Pimco Foreign Bond (Unhedged) Fund Cl D | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 58. | | | | | Buy | 04/13/11 | J | | |
| 59. Pimco Total Return Fund Cl D | A | Dividend | K | T | Buy | 03/21/11 | K | | |
| 60. | | | | | Buy | 04/13/11 | J | | |
| 61. Prudential Jennison Natural Resources A | | None | K | T | Buy | 03/21/11 | K | | |
| 62. | | | | | Buy | 04/13/11 | J | | |
| 63. | | | | | Buy | 08/29/11 | J | | |
| 64. First TN Ntwk (Bank Sweep) | A | Interest | K | T | Open | 03/15/11 | J | | |
| 65. Wells Fargo (Bank Sweep) | A | Interest | J | T | Open | 03/15/11 | J | | |
| 66. Bank of China (Bank Sweep) | A | Interest | J | T | Open | 03/15/11 | J | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GAUVEY, SUSAN K. | 5/8/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Invesco AIM Constellation Fund - erroneously reported and deleted. Same asset as #7 +11 and sold.

American Funds American Mutual Fund C1 F-1- erroneously reported and deleted.

American Funds Bond Fund of America Fund C1 F-1 - erroneously reported and deleted.

American Funds Capital World Growth & Income Fund C1 F-1- erroneously reported and deleted.

Columbia Acorn Fund C1 Z- erroneously reported and deleted.

ColumbiaDividened Income Fund C1 Z - erroneously reported and deleted.

Franklin Templeton Hard Currency Fund C1 A - erroneously reported and deleted.

Invesco Constellation Fund C1 A- erroneously reported and deleted. Same asset as #7

Invesco Constellation Fund C1 A- erroneously reported and deleted. Same asset as #11

Oppenheimer Developing Markets Fund C1 A - erroneously reported and deleted.

Oppenheimer Global Fund C1 A - erroneously reported and deleted.

Pimco Foreign Bond (Unhedged) Fund C1 D- erroneously reported and deleted.

Pimco Total Return Fund C1 D - erroneously reported and deleted.

Prudential Jennison Natural Resources A - erroneously reported and deleted.

Prudential Jennison Utility Fund C1 A - erroneously reported and deleted. Same asset as # 8.

Prudential Jennison Utility Fund C1 A - erroneously reported and deleted. Same asset as #12.

Templeton World Fund C1 A - erroneously reported and deleted. Same asset as #9.

Templeton World fund C1 A - erroneously reported and deleted. Same asset as #13.

Legg Mason Capital Management Value Trust, Inc. C - erroneously reported and deleted. Same asset as #14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ SUSAN K. GAUVEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544